# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

In re: ) SECTION 347 (a) UNCLAIMED
                                         ) PROPERTY REPORT
    Various debtors-- )
    See attached listing )
_____ )

    Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

    Unclaimed funds in the amount of **$3724.55** to the above-entitled Court.

Dated this 12th day of September, 2023.

*/s/ Michael Malaier*
Michael G. Malaier,
Chapter 13 Trustee
WSBA #34729

Section 347(a)
Unclaimed Property Report

| Case Number | Debtor 1 | Debtor 2 | Reason | Check # | Amount |
|---|---|---|---|---|---|
| 1943579 | Leighann Marie Hutchins<br>8050 S Alaska St<br>Tacoma WA 98408 | 00000 | Debtor Refund | 737063 | $3592.39 |
| 1942266 | Benjamin Mark Garl<br>11519 US Hwy 12<br>Randle WA 98377 | 00000 | Debtor Refund | 737064 | $21.81 |
| 1841326 | Timothy Lee McBroom<br>7908 Budsage Dr<br>Pasco WA 99301 | 00000 | Debtor Refund | 737065 | $0.12 |
| 1744289 | Jennifer Lynn McVicar<br>Apt A 5001 79th Ave Ct E<br>Tacoma WA 98424 | 00000 | Debtor Refund | 737066 | $30.88 |
| 2042267 | Bryan Joseph Myers<br>35414 16th Ave Ct S<br>Roy WA 98580 | 00000 | Debtor Refund | 737067 | $15.87 |
| 1840869 | Cynthia Ann Scott<br>8005 A Street<br>Tacoma WA 98408 | 00000 | Debtor Refund | 737069 | $15.87 |
| 2041773 | Michael Thomas Shanko<br>39111 30th Ave S<br>Roy WA 98580 | 00000 | Debtor Refund | 737070 | $15.87 |
| 2240403 | John Edward Sparks<br>% USPS General Delivery<br>Vancouver WA 98682 | Alyssa Ann Sparks<br>% USPS General Delivery<br>Vancouver WA 98682 | Debtor Refund | 737071 | $15.87 |
| 2240182 | Veniamin V Tkachenko<br>10501 NE 90th Ct<br>Vancouver WA 98662 | Lyubov Aleksandrovna Tupikova<br>10501 NE 90th Ct<br>Vancouver WA 98662 | Debtor Refund | 737072 | $15.87 |
| | | | | Total: | $3,724.55 |